SCWC-13-0003629

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

KIMBERLY A. PASCO, Respondent/Petitioner-Appellant,

vs.

BOARD OF TRUSTEES OF THE EMPLOYEES' RETIREMENT SYSTEM,
Petitioner/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0003629; CIV. NO. 12-1-3294)

ORDER OF CORRECTION
(By: McKenna, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed May 22, 2018, is corrected as follows:

In the attorney credits on page 29, "Patricia Ohara and" shall be deleted, and "Edmund L. Lee" shall be replaced with "Robert H. Thomas."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, May 29, 2018.

/s/ Sabrina S. McKenna

Associate Justice

